Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## District of
## Division

RECEIVED
FEB 23 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Case No. _____
(to be filled in by the Clerk's Office)

Donovan Bryant Williams
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Lafayette Sheriff's/Police Dept.
St. Landry Parish Sheriff's Office
Opelousas, LA Police Department
Probation and Parole Office
27th Judicial Dist. Court
Public Defender's Office
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Donovan Bryant Williams
  Address: 1118 Newman St.
  City: Opelousas, LA    State: LA    Zip Code: 70570
  County: United States
  Telephone Number: (337) 678-0678
  E-Mail Address: dwill89333@gmail.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
    Name: Opelousas Police Dept.
    Job or Title (if known): Law Enforcement
    Address: 318 N. Court St.
    City: Opelousas    State: LA    Zip Code: 70570
    County: U.S.
    Telephone Number: 337-948-2500
    E-Mail Address (if known):
    ☐ Individual capacity    ☑ Official capacity

  Defendant No. 2
    Name: St. Landry Parish Sheriff's Dept.
    Job or Title (if known): Law enforcement
    Address: 108 S. Market St.
    City: Opelousas    State: LA    Zip Code: 70570
    County: U.S.
    Telephone Number: 337-948-0516

E-Mail Address *(if known)*

☐ Individual capacity   ☑ Official capacity

Defendant No. 3
Name: Probation and Parole
Job or Title *(if known)*:
Address: 318 Nita St.
City: Ville Platte   State: LA   Zip Code: 70570
County: U.S.
Telephone Number: 337-363-6679
E-Mail Address *(if known)*:

☐ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: Lafayette Sheriff's Office
Job or Title *(if known)*: 316 W Main St.
Address:
City: Lafayette   State: LA   Zip Code: 70801 70501
County: U.S.
Telephone Number: 337-232-9211
E-Mail Address *(if known)*:

☐ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Rights to a fair and equal hearing, Civil Rights, Equal Employment Opportunities, Equal Rights Act, Disability Discrimination, Due Process of Law, Denied public transportation, Denied proper medical health and access to medical health, denied rights to confidentiality, Rights to freedom, 14th Amendment violation, denied rights to access court documents, evidence against me. Right to privacy, right to report criminal activities against me

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
See Complaint Form attached

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
See attachment Complaint Form

Opelousas, LA 70570, St. Landry Parish 1118 Newman St.

B. What date and approximate time did the events giving rise to your claim(s) occur?
See attachment Complaint form

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
See attachment complaint form

Place of criminal activities, no concrete evidence,

Police reports, statements by witnesses, Affidavits, Non reporting of crimes.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See hospital records and reports since 10/2019. Medical records Mental exhaustion, confusion, leading to drug usage which has caused physicall disibilities, mental disabilities, denied proper treatment and evidence being made to think I was hallucinating are wrong when I was indeed properly reporting circumstances. While wrongfully incarcerated I was put into conditions were I was jumped by individuals, beaten, tazed etc. see jail medical reports
Physically being made to walk miles with luggage/suitcases in which I strained my back, neck and legs sought treatment at Lady of Lorder Lafayette
Medically Diagnois with mental Disorder, Physical abuse such as assault by criminals beaten, hit, Physical restraints by hospitals and officers

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I wish for the courts to overturn all felony convictions and reimburse me monetary in the amount of 1,000,000.00 / 1 million dollars for the on going wrong doing against me Donovan B. Williams for the past 3 years in which I was made to suffer do to wrongful acts by Law Enforcement Agencies/ Courts in which every level of Right were violated and or Discriminated against.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Date of Birth 01/11/1989
SSN# 0964

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Feb 17, 2023

Signature of Plaintiff: Donovan B. Williams
Printed Name of Plaintiff: Donovan Bryant Williams

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Name of Law Firm
Address

        *City*     *State*   *Zip Code*

Telephone Number
E-mail Address

Donovan B Williams

1118 Newman St. Opelousas, LA 70570

Phone: (337) 678-0678

Email: wdon22763@gmail.com

12th day of February, 2023

State of Louisiana 27th judicial district

118 S. Court St. Opelousas, LA 70570

Attn: Sheriff's Office, Opelousas Police Department, Probation and Parole, Lafayette Sheriff's Parish Court 27th Judicial District, Public Defender's Office

Re: Complaint

Dear Sir/Madam:

Please give my concerns in this complaint letter your immediate attention.

I have the following complaint/concerns: Right to due process of Law. On 11/09/22 12402 6:42:22 Darrel Gibson pulled out a handgun and threatened Donovan B Williams no charges were filed Agency Call Number 2022018401 location 1118 Newman St Aggravated Assault, parties involved ANGELA, LEWIS and YOLANDA, LEWIS. 11/13/2022 Donovan B Williams called OPD reporting a break in and missing items money. Refusal to report break in when side door was tampered with and missing keys and money was reported telephone # 337-678-0678 address 1118 Newman St. Call number:2022018628 only 2 officers showed up. Parties involved NORRIS, PEGGY, SYLVESTER, AMBER, CARLTON, BREAUX denied rights to file charges or make a written report. Incident number:2022008030 locations 1118 Newman St, 1124Newman St. is what was reported date 05/22/2022, Darrell J Gibson 717 W Martin Luther King Dr. ID:2000000668 Illegal use of Weapons and Dangerous Instruments Offense 14:94/E Hate/Bias Motivated: None reported. Donovan B Williams stated that Darrell came there because he was called by his parents and told that I Donovan B Williams was messing with them. So he came and started shooting in front of Donovan B Williams residence shooting verbal threats and continued to shoot while Donovan B Williams was outside residence. The cheif of Police at the time McClendon was on site as well as over 6 other officers who came from the back of 1124 Newman St residence and both directions on Newman St. Officer Peterson acknowledged that he saw Darrell J Gibson leaving with no license plate on truck and that Kathy Gibson and Darrell

Gibson have video cameras and that they were going to look at them. Initially they tryed to blame me for the shooting but I had a witness Relax King who was there to vouch for me. And I was told I had to give a police report even though the officers saw the suspect and all went inside 1124 residence. No charges were filed and suspect still comes to 1124 residence daily at the bottom of my police report officer added Darrell J Gibson address. 28 bullet casings were recovered at the scene of the incident Infront of 1118 Newman St. Good thing Donovan B Williams did not possess a firearm shots were short of 30 rounds. There's 50 rounds in a drum. Assigned officer HERMAN, PETERSON,RAY, Assisting Officers PAUL B JR,CORTEZ, MARTIN, EBONY DENILE, DEJERLEGAND, CHRISTOPHER KEITH JR Dispatcher GUILLORY, CUTINA call received by GUILLORY, CUTINA. Other Parties LEMELLE,RUBY ID: 06915, 8521 LA 182 NORTH. No arrests are charges were made. Phone numbers: 337-351-2483, 337290-2062 false Police Report. Also I Donovan B Williams reported being robbed by Michael Forbes at gun point at residence 1118 Newman St. No charges are arrests were made. All suspect's currently still free with no repermandations threatening the well being of Donovan B Williams. Right are being violated and denied by the sheriff's department, OPD, and courts. I Donovan B Williams has been instead threatened with incarceration and false accusations, false information, denied evidence, denied court documents, denied public transportation, denied proper health, denied equal employment opportunities, coerced and manipulated by powers greater than I that are supposed to provide equal rights opportunities and who holds my future in there hands causing me mental health problems, physical problems, financial problems, harassment denied due process of Law. Allowing others to commit crimes against me at will. Even denied proper attorney/ legal assistance. And Denied public assistance.

In order to adequately resolve my concerns, I require that you do the following: I Donovan B Williams want all charges and sentencing dropped including probation and parole and financial reimbursement starting with the 2019 charges that were over exaggerated till present day. All charges and sentencing were wrong, manipulated, falsified, coerced. I have lost time, money, jobs, status, opportunities, wages, tortured by a curruot system that was supposed to provide equal rights and opportunities to me Donovan B Williams, my Life and well being is constantly at risk every day because of the information and actions of Law inforcements and courts. I have enclosed copies of all my relevant records.I may be contacted or reached in writing at my above address, by phone conversation at my above phone number, or by email sent to my above email address.

If you fail to comply with my requests, I will immediately take legal action against you regarding these matters.

Thank you for taking the time to resolve my concerns in a prompt manner. I look forward to hearing from you as soon as possible.

Sincerely,

Donovan B Williams

12/13/2021 Opelousas Police Dept.
Possession of Firearm by Convicted Felon
Illegal Discharge of Weapons
I Donovan B. Williams made call to OPD to report fraud. They arrested me on false charges/reports made by officer Bias. I did not have warrant I checked they told me no OPD. False claims by officer on events of 10-16-21. Ms. Williams does not know how to read or write denied the statement givin by Bias.

11/05/2019 Opelousas Police Dept
Aggravated Assault -
Arrested and booked false reporting by officer.

11/21/2019 Opelousas Police Dept.
Agravatted Battery w/ dangerous weapons
Engaging in a Fistic encounter,
Wrongfully charged and convicted
Evidence will show I was protecting myself and my property

12/06/2019 Opelousas Police Dept.
Aggravatted Assault
etc.
See police reports and evidence, motions, witness, motions, etc.

1/05/2020 Opelousas Police Dept.
Aggravatted Battery w/ dangerous weapons
Simple Criminal Damage to Property
See police reports, witness statements, evidence, motions
Affidavits

4/28/2020 Opelousas Police Dept.
Armed Robbery, Domestic-Abuse, False Imprisonment, etc.
See Affidavit, motions, evidence, reports, etc
I ask for a review of all charges and convictions in the following cases review all evidence, reports, motions, Affidavits, court minutes

There are more crimes against me Donovan B. Williams that I have tried to report and file statement but denied by Opelousas Police Dept. See all calls made from 1118 Newman St. Opelousas, LA and from number 337-678-0678. I am followed by sheriff's constantly, they have denied my access to public housing assistance in Lafayette, LA. Harrassed at places of employment that I am able to get. My confidential information is given to the public like jobs, stores, homeless shelters, the community that I live in. Medical information is also given out unlawfully causing discrimination Bias. Stores like Walmart (Opelousas) AT&T (Opelousas) Dollar General (Opelousas) I am denied service, followed by security, made to pay extra fees. Denied Jobs I had interviews at Goodwill (Lafayette) Hospital in Lafayette, La workforce commission in Lafayette, Baileys in Lafayette, Rouses Supermarket, and many others on indeed where I went on interviews and was accepted but later denied employment. Denied access to shelters like Outreach Homeless Shelter, Salvation Army Men's Shelter, St. Joseph Homeless Shelter. Denied transportation by Dixie Cab, Lafayette transit (Bus station), Vinson Cab, Baton Rouge Library was accused of using a false name, Waffle House on University was discriminated and harrassed by officer's reporting my confidential information, Acadian Mall Asian Resturant was discriminated by officers reporting my personal information, told by other employers that I was not good to be working with. Agencies like Opelousas Police Dept., Sheriff's office, and Probation Office have been using the power to manipulate, coerce, denying Medical, Civil Rights, 14th Amendment violations, Right to a fair and equal hearing, Equal Employment Opportunities, La. Rev. Stat. Ann § 15:1303(c)(4) La. Rev. Stat. Ann. § 14:283(a)(1). Video/audio surveillance while on my property, on porch, in yard at residence by member of the community, neighbors for privelous reasons to harrass, intimidate, personal benefits, in my residence evading my privacy, accessing my personal pictures and videos which are private for criminal and harrassment reasons. Release of videos and audio by investigative agencies given to members of the public for

for unlawful resons like giving my location to criminals who attack me, giving my accounts access to individuals who harrass me by sending spam mail to my social accounts like porn, group text of videos are unwanted texts and accusations, accessing my financial account through my emails also causing lost of funds such as Cash App, Pelican State Cu App, Credit cards purchased without my knowledge, insurance, etc. Auto Insurance, Shein Confirmation ID 2779049, Shein ID 97826013 Destiny Card, Premier Bankcard, Endurance Registration Confirmation ID, Vivint Smart Home, Countrywide Concealed, Google photos deleting pictures/videos, Cash App Il'Don bry will not me funds stolen, Accessing Facebook accounts and altering pictures, posts, etc. Accessing Swann Security App deleting surveillance videos of crimes being committed against me. Accessing my email accounts, etc.

donbw26@gmail.com
donteria3dre@gmail.com
bryantjoshua williams@gmail.com
tiff8964@gmail.com
don38385@gmail.com
dwill89333@gmail.com
donwillbry8964@gmail.com
wdon22763@gmail.com

Threatened with harrassment by my attorney Shepton Hunter Questioned by the Opelousas Police Dept officers both when I volunteerly went to the Parish courthouse after being told to do so by my attorney the day before and to speak and get public information concerning my case which I was denied by attorney and Clerk of Court officials, laughed at and made to go to different areas of the court which did not have my information I was seeking like Mortgages Division Titles, Loans January 26, 2023

Discrimination in Baton Rouge, LA at the Bridge House, Sexual Page 6 enrolled in Fairview Treatment Center from my surrounding area with information about me that was confidential telling me not to return to Opelousas, Told by Opelousas Police and sheriffs not to return home, unlawful removed from my home and told to leave without notice or wrong doing, Discrimination in Lafayette, Carencro, Opelousas. Made to undergo harsh treatment at the Lady of Lordes Hospital in Lafayette when I willfully submitted myself in for medical treatment. Was given 4 tranqualizer shots and I was not acting out and doing everything nurses and Doctors asked tried to lay down but was jumped on stripped of all my clothes given shots handcuffed to the bed one arm above my head the other arm below my waist refused the medical help I had came there for told belittling things and degrading thing by hospital staff that were men and women who observed me naked because they refused to cover me are close the curtain. Threaten with a cavity check for asking for water and to use phone to notify my mom and employer of my whereabouts. Givin a cathadore inserted in my penis when I told hospital staff to please give me water and time to urinate for them. Do to wrongful manipalation by law enforcement agencies. Sent to mental behavior Hospitals etc for reporting activities that where being done by law enforcement agencies like following me, survellioncing me, manipulating me to act unlawfully in order to provide, protect, and defend myself. Being approached by undercover individuals who were and are mostly criminals with drugs and guns while I see and witness Law enforcement agencies patrolling and surveilling allowing the criminal activities upon me which I am later blamed for. In In each of the cities Bayou Vista, Baton Rouge, Opelousas, Lafayette, Carencro I am accused of criminal activities and ran out by Law Enforcement loosing Jobs, money, shelter, friends etc. Just to come back home to Opelousas and harrassed. I have been robbed 3 times I reported twice and tried to report the 3 but did not for fear of retaliation

I have been threatened with gun or firearms over 3 times by Darrell Gibson Jr. 1 by Darrell Gibson Sr. 2 by Troy D. Butler, 1 by Micheal Forbes, 1 in Baton Rouge, LA After I left O'Briens House, Over 3 times in Lafayette, LA,. The people who are reporting against me are the same people who are committing criminal acts against me. Such as Andy S. Williams, Lionel J. Poole, Yetta S. Isadore, Kathy Gibson/Butler, Teddy Donneta, Anthony Leday, Browny, Jennifer who stays directly infront of me in Green house, Lady at corner of Rose-Ann and Saffire the trailer lot on Saffire by the individuals who robbed me of my ID's, wallet, cards and cellphone. I am harrassed with video surveillance by neighbors, sent false documents in order to incriminate myself like lawyer info. Called and asked to report evidence by phone by false agencies, approached and notified by individuals asking me of criminal activities to try and incriminate me. I can not go outside without these following things being committed against me. If you noticed all of my incidents and charges come from me at my home address 1118 Newman St. I am not out committing crimes I am targeted at my home address place of residence were I should be allowed peace, security, privacy, freedom, Just like every other working tax paying citizen of United States, Louisiana, Opelousas, St.Landry Parish All witnesses in my cases since 10/2019 till know and victims are indeed criminals against me Donovan Bryant Williams a full investigation will show evidence of Bias/unlawful/criminal procedures against me Donovan Bryant Williams

IA

B. Right to protect my self and property, right to be able to call upon authorities for help when crimes are being committed against me. Denied equal and fair treatment at Hospitals, stores, shelters, facilities, Jobs by police reporting and releasing my confidential information such as medical records, criminal reports, personal information to the public and agencies wrongfully, Denied freedom by, Denied effective consel by the Public Defender's office, refusal of Agencies to act on my behalf when it benefits me. Enforcing monetary charges that are excessive. Even know unable to access legal documentations online are by phone or in person at the Clerk of Courts St. Landry Opelousas because of police interference, threats of wrong doing when I have done nothing, False reporting and filings by my attorney after I have told him not to. Refused right to fire my attorney, code of ethics violation

Donovan B. Williams
1118 Newman St.
Opelousas, LA 70570

SCREENED
OK
U.S. MARSHAL

United States District Court
Complaint for Violation of Civil Rights
777 Florida St.
Baton Rouge, LA 70801

